UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steve Wolff,<br><br>             Plaintiff,<br>v.<br><br>Robert Hodgen, Anthony Sepich, and Patina Solutions Group, Inc.,<br>             Defendants. | Civil Action No. 1:22-cv-03433<br><br>STIPULATION OF DISMISSAL |

Plaintiff Steve Wolff and Defendants Robert Hodgen, Anthony Sepich, and Patina Solutions Group, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the Complaint with prejudice with each party bearing its own fees and costs.

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ William E. Meyer*<br>William E. Meyer, Jr.<br>FUKSA KHORSHID, LLC<br>200 West Superior Street, Suite 410<br>Chicago, IL 60654<br>Tel: (312) 266-2221<br>william@fklawDefendants.com<br><br>*Attorney for Plaintiff* | Respectfully Submitted,<br><br>*/s/ Terrence J. Sheahan*<br>Terrence J. Sheahan<br>Smith Gambrell Russell<br>311 South Wacker Drive \| Suite 3000 \|<br>Chicago, IL 60606<br>Tel: (312) 360-6728<br>tsheahan@sgrlaw.com<br><br>*Attorney for Defendant Robert Hodgen* |

<table>
<tr><td>

Respectfully Submitted,

*[signature]*

Landon S. Raiford
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 840-8663
LRaiford@jenner.com

*Attorney for Defendant Anthony Sepich*

</td><td>

Respectfully Submitted,

*[signature]*

Jonathan A. Loeb
Blank Rome LLP
2029 Century Park East, Suite 600
Los Angeles, CA 90067
Tel: (424) 239-3422
jonathan.loeb@blankrome.com

*Attorney for Defendant Patina Solutions Group, Inc.*

</td></tr>
</table>

Dated: _____, 2023